**Affirmed and Memorandum Opinion filed March 7, 2019.**



In The

# Fourteenth Court of Appeals

## NO. 14-18-00077-CR

**QASIM SAJIDIN GARDEZI, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 248th District Court
Harris County, Texas
Trial Court Cause No. 1574447**

## MEMORANDUM OPINION

A jury found Qasim Sajidin Gardezi guilty of aggravated sexual assault and assessed punishment at 18 years' confinement in the Institutional Division of the Texas Department of Criminal Justice. The trial court signed a judgment on the jury's verdict and certified appellant's right to appeal. Appellant filed a notice of appeal.

Appellant was represented at trial by retained counsel. That lawyer filed a motion to withdraw on appeal. We granted the motion to withdraw and abated the

appeal for the trial court to determine if appellant desired and was entitled to appointed counsel. The trial court's answer to both of those questions was no. We reinstated the appeal and set a due date for appellant's brief. No brief was filed by the deadline, and no lawyer appeared on behalf of appellant. We ordered appellant to file a pro se brief, cautioning appellant we would decide the case on the record alone if appellant did not file a brief. The brief was due on September 24, 2018. *See* Tex. R. App. P. 38.8(b)(4). No brief or motion to extend time to file the brief has been filed.

This court has considered the appeal without briefs based on the record. *See* Tex. R. App. P. 38.8(b). We find no fundamental error.

Accordingly, we affirm the judgment of the trial court.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Jewell and Bourliot.
Do Not Publish — Tex. R. App. P. 47.2(b).